# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**FILED**
APR 1 3 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information under the control of Shutterfly Inc relating to: john_doe_yes; Dylan.Walters4@gmail.com; and URLs pthcworld4ever, pthc4ever, bestpthcever, and boyskids

Case No. 5:15-sw-00026-JLT

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

PLEASE SEE ATTACHMENT "A" HERETO AND MADE A PART HEREOF

located in the ___EASTERN___ District of ___CALIFORNIA___, there is now concealed *(identify the person or describe the property to be seized)*:

PLEASE SEE ATTACHMENT "B" HERETO AND MADE A PART HEREOF

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(2) | (Receipt), Knowingly receive or distribute Child pornography |
| 18 USC 2252(a)(4)(B) | (Possession), Knowingly posses any material that contains an image of a child. |

The application is based on these facts:

Please see attached Affidavit of Special Agent Anthony Truong

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Anthony V. Truong, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/13/15

*Judge's signature*

City and state: Bakersfield, California     Jennifer L. Thurston, United States Magistrate Judge
*Printed name and title*

A F F I D A V I T of Anthony Van Truong

I, Anthony Van Truong, being duly sworn, hereby depose and state as follows:

### I. Introduction and Agent Background

1. I am employed as a Special Agent (SA) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Bakersfield, California field office. I have been employed with ICE/HSI since November of 2011. As part of my duties as an ICE/HSI special agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I have received training in the investigation of child pornography and child exploitation, and as part of my duties have observed and reviewed numerous examples of child pornography in all forms of media, including computer media. Based on this training and experience, I am familiar with the definitions of the terms "minor" and "sexually explicit conduct" found in 18 U.S.C. § 2256. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program. During the course of my duties, I have drafted several affidavits for search warrants in addition to assisting in numerous search warrants relating to child pornography investigations.

2. I make this affidavit in support of an application for a search warrant on Shutterfly account with User Name **john_doe_yes, any other account associated with email address Walters.Dylan4@gmail.com**, and the following URLs (Uniform Resource Locators): **pthcworld4ever, pthc4ever, bestpthcever, and boyskids**. Data relating to these accounts and URLs is maintained by Shutterfly Inc. (Shutterfly), headquartered at 2800 Bridge Parkway Redwood City, CA 94065. Shutterfly provides registered account holders with free unlimited secure photo storage and the ability to share photos with friends and family, regardless if friends and family have an account. The requested search warrant would order Shutterfly to disclose to the government copies of the information (including the content of communications) as further described in Section I of Attachment B. Upon

1

receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3.  As set forth herein, there is probable cause to believe that on the computer systems Shutterfly there exists evidence, fruits, and instrumentalities of violations of Title 18 United States Code Section:

  a) §§ 2252(a)(4)(B) and 2252A(a)(5)(B), which make it a crime in part to possess child pornography

  b) §§ 2252(a)(2) and 2252A(a)(2), which make it a crime in part to receive and/or distribute child pornography in interstate commerce by computer

  c) §§ 2252(a)(1) and 2252A(a)(1), which make it a crime in part to transport or ship child pornography in interstate commerce

3.  I am familiar with the information contained in this Affidavit based primarily upon information I have obtained during the course of this investigation, of which I am the lead case agent. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. §§ 2252, and §§2252A are located in the stored contents of the Shutterfly accounts further described in Attachments A and B of this Affidavit.

## II. Summary

4.  As further set forth below, Dylan Melthomas WALTERS uploaded approximately 699 images and 2 videos depicting children engaged in sexually explicit conduct to Shutterfly using the email address Dylan.Walters4@gmail.com and the Shutterfly User Name **john_doe_yes**. The pictures and videos were uploaded to the following URLs: **pthcworld4ever, pthc4ever, bestpthcever, and boyskids**. The URLs include the terms "PTHC" which I know from experience is a term used to signify child pornography. I have reviewed the images and I conclude that they meet the applicable definitions for child pornography under federal law. Though Walters did not specifically admit using the email address to upload such images to Shutterfly, he did admit to receiving

child pornography and also admitted that he received communications from Shutterfly concerning child pornography to **Walters.Dylan4@gmail.com** address. Many images of child pornography were found on electronic media WALTERS possessed.

### III.  Jurisdiction and Applicable Law

5. Title 18, United States Code, Chapter 121, Sections 2701 through 2711, is entitled "Stored Wire and Electronic Communications and Transactional Records Access" (the Act).

6. Pursuant to the Act, this Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, and as used in 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is a "district court of the United States . . . that – . . . has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).10.

7. Sections 2703(a) and (b) of the Act authorize electronic communications service providers to disclose the contents of wire or electronic communications to a governmental entity pursuant to a search warrant.

### IV.  Statement of Probable Cause

8. On June 20, 2014, I received several National Center for Missing and Exploited Children (NCMEC) Cyber Tips (CTs) # 2505131, 2505065, 2508184, and 2509803 indicating email address **Walters.Dylan4@gmail.com** had been used to upload child pornography files to Shutterfly with User Name **john_doe_yes**. The uploading occurred on various dates from November 2012 through May 2013.

9. For example, on May 16, 2013 CT # 2505131 reported that someone using email address **Walters.Dylan4@gmail.com** and Shutterfly User Name **john_doe_yes** uploaded 325 files of child pornography to Uniform Resource Locator (URL) **pthc4ever.** On April 18, 2013 CT # 2505065 reported someone using Shutterfly User Name **john_doe_yes** uploaded 324 files of child pornography to URL **pthc4everworld**. On

December 15, 2012 CT # 2508184 reported someone using Shutterfly User Name **john_doe_yes** and Gmail address **Walters.Dylan4@gmail.com** uploaded 2 files of child pornography to URL **bestpthcever.** On November 2, 2012 CT # 2509803 reported someone using Shutterfly User Name **john_doe_yes** uploaded 50 files of child pornography to URL **boyskids.**

10.     From my training and experience, I know that "PTHC" (an acronym standing for "pre-teen hardcore") is a common term associated with child pornography. Individuals who are seeking images of child pornography search for this term; individuals who have child pornography to share use it as a way to advertise the presence of child pornography.

11.     I reviewed Shutterfly's website regarding how a potential member could create an account, upload, and share photos. According to the website (http://shutterfly-2.custhelp.com/app/answers/detail/a_id/349/kw/share), shared albums and pictures are not made available to the general public. Photos are not directly published anywhere however, anyone who has received the share link URL can view the pictures, save the pictures into a Shutterfly account, order prints/products, or re-share the pictures with others. Account holders have three options to share photos with their recipients: "email pictures" (a single collection of pictures containing a link), "share site" (a mini-site with multiple albums at a dedicated link), and "post to Facebook" (similar to "email pictures" but the link gets posted directly onto a Facebook account). To create a "share site", users create a unique site name with the option to password protect it for sharing with friends and family. Users can also customize the "share site" so that it is only viewable through designated member(s) that are added (requires a Shutterfly account).

To create a Shutterfly account, a person needs to enter their name, email address, choose a password, check the box to show acceptance the terms and conditions of use, and click "Sign up". Shutterfly promises "free, unlimited secure photo storage, will never delete your photos, and 100% happiness guaranteed or get a full refund".

12.     Information from the NCMEC CTs further provided your affiant with a partial address of 1807 Manning Street, an unknown city, and zip code 93309.  On June 20, 2014, I conducted a CLEAR (Consolidated Lead Evaluation and Reporting) query using the partial address and zip code.  The CLEAR search indicated an individual with the name Dylan Melthomas WALTERS is residing at the address 1807 Manning Street, Bakersfield, CA 93309.

13.     In furtherance of the investigation, on June 24, 2014, I served Shutterfly with a Department of Homeland Security (DHS) Summons for subscriber information relating to Email address **Walters.Dylan4@gmail.com** and the account User Name **john_doe_yes**.  On June 30, 2014, at approximately 4:16 PM, your affiant received a response from Shutterfly confirming the account User Name **john_doe_yes** was associated with the email address **Walters.Dylan4@gmail.com**.  The name and address on the account were:  Beth WALTERS at 1807 Manning Street Bakersfield, CA 93309.

14.     On Thursday July 17, 2014, I and HSI Special Agent (SA) Michael Allan interviewed Beth WALTERS ("Beth"); mother of Dylan WALTERS.  Beth told agents that she has not used her Shutterfly account for several years.  After HSI agents explained to Beth that her Shutterfly account had been used to distribute child pornography files, she told agents her son may be involved with viewing pornography images of younger people.  She assisted HSI agents in locating WALTERS at 1807 Manning Street, Bakersfield, CA 93309 for an interview.  WALTERS was informed of his Miranda rights prior to the interview, which he waived.  During the interview, which I conducted along with SA Allan, WALTERS admitted viewing child pornography files and uploading images of child pornography files via the Internet.  WALTERS further stated that files of child pornography could be found on his thumb drive.

15.     WALTERS stated that he became aware of child pornography after setting up an account with Shutterfly.  During the account setup, he provided Shutterfly his email address **Walters.Dylan4@gmail.com**.  WALTERS claimed he received a generic email from Shutterfly to the **Walters.Dylan4@gmail.com** email address one day which

5

redirected him to child pornography. I obtained both written and verbal consent from WALTERS to conduct a preliminary examination of his two computers (a MacBook laptop and a generic desktop), along with his iPhone, a SanDisk thumb drive, and an SD card. Each of these items was recovered from WALTERS' bedroom at 1807 Manning Street, Bakersfield, CA 93309.

16. On August 4, 2014, California Superior Court Judge Staley (Kern County) authorized a state search warrant to conduct forensic examination of the above items. According to that report, the following child pornography file counts were annotated as stored in WALTERS' Macbook laptop computer and SanDisk thumb drive:

a) 122 images of explicit child pornography

b) 48 child pornography videos over 5 minutes

c) 76 child pornography videos under 5 minutes

17. On August 1, 2014, I viewed the content of the thumb drive and MacBook recovered from WALTERS' residence.

a) The following files among others were found on the SanDisk thumb drive:

1) **Sammy 00013.avi:**

A (43) second video clip depicting a naked prepubescent male sitting inside a dog crate with a gag ball attached to his mouth and a dog collar around his neck.

2) **Julian (11).ASF:**

A (9) minute and (43) second video depicting a prepubescent male sitting on a bed and within a few seconds into the video; a naked adult male enters the scene and lies next to the boy. The boy immediately fondles the adult male's genitals followed with oral copulation. The adult male also fondles the boy's genitals throughout the video.

b) The following files among were found on the MacBook laptop computer:

1) **100_2033.jpg:**

Is an up-close image of a prepubescent boy with his mouth open while semen is depicted dripping from his mouth and down his neck.

6

2) **ew 575.jpg:**

Is an image depicting a prepubescent boy lying on his back with semen covering his ear, face, mouth, neck and shoulder.

18. In addition to the above mentioned child pornography file counts annotated during the forensic examination by SA Kennedy, I conducted a separate file count of child pornography files received from the NCMEC CTs. These CTs indicated WALTERS uploaded the following files to Shutterfly using the **john_doe_yes** account:

   a) 699 files of child pornography
   b) 2 child pornography videos

### V. Background Regarding Search and Seizure of Computer/Electronic/Digital Data

19. In my training and experience, including information I have received and reviewed from Shutterfly, I have learned that Shutterfly provides registered account holders with free unlimited secure photo storage and the ability to share photos with friends and family, regardless if friends and family have an account. Further, I am aware that computers located at Shutterfly contain information and other stored electronic communications belonging to the subject of this investigation, as well as unrelated third parties who are also members of Shutterfly. Accordingly, this affidavit and application for search warrant seek authorization to review and seize the records and information specified in Attachments A and B attached to this affidavit.

20. Based on my previous experience and conversations with agents who have served search warrants in previous and unrelated child pornography and child sexual exploitation investigations, stored communications are maintained on servers for an extended period of time. Moreover, in this investigation, I served Shutterfuly on June 24, 2014, with a preservation request for account **john_doe_yes.**

According to Shutterfly's website: (http://shutterfly-2.custhelp.com/app/answers/detail/a_id/358/kw/share), a user may send an email to share photos with other members or designated party. Emails are limited to 100

emails per user, per day across all of a user's Share sites. The limit only applies to emails sent to add new members. A user may send an unlimited number of emails to users who are already members of their share site. To share photos by email, the user enters the email address of the recipient(s), type a personalized email message or use the default text, clicks "add pictures", and click "send". The intended recipient(s) of the email will be able to view the shared photos by clicking the link in the email. Additionally, members may share photos via the "share site" as previously mentioned. The user creates a unique site name, and has the option to limit access to who may view the site through password protection. Finally, users may share photos through posting on Facebook. Users generate a randomly-generated URL that is posted on a friend's Facebook wall.

Shutterfly offers free unlimited storage and sharing of images. Members may upload as many pictures as they wish. There is no fee to upload or store pictures, maintain an account, or share pictures online with others. Members only pay for prints or products they order. Shutterfly does not purge or delete images; all images are kept in a member's account until the member deletes them.

## VI.  Search Procedures

21.  As an ICE HSI Special Agent, I am trained and experienced in identifying communications relevant to the crimes under investigation. The personnel of Shutterfly are not. I also know that the manner in which the data is preserved and analyzed may be critical to the successful prosecution of any case based upon this evidence. Computer Forensic Examiners and investigators assigned to online child sexual exploitation investigations are trained to handle digital evidence, while Shutterfly employees are not. It would be inappropriate and impractical, however, for federal agents to search the vast computer network of Shutterfly for the relevant accounts and then to analyze the contents of those accounts on the premises of Shutterfly. The impact on Shutterfly's business would be severe.

22.  In order to facilitate seizure by law enforcement of the records and information described in Attachment A of this affidavit and application for search warrant is

seeking authorization to permit employees of Shutterfly to assist agents in the execution of these warrants. In executing these warrants, the following procedures will be implemented:

    a) The search warrant will be presented to Shutterfly personnel who will be directed to isolate those accounts and files described in Attachments A and B.

    b) In order to minimize any disruption of computer service to innocent third parties; Shutterfly employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Attachments A and B, including an exact duplicate of all information stored in the computer accounts and files described in Attachments A and B.

    c) Shutterfly employees will provide the exact duplicate in electronic form of the accounts and files described in Attachments A and B and all information stored in those accounts and files to the agent who serves this search warrant.

    d) Law enforcement personnel will thereafter review all information and records received from Shutterfly employees to determine the information to be seized by law enforcement personnel pursuant to Attachment B.

    e) The government will retain a forensic image of each digital device subjected to analysis for a number of reasons, including proving the authenticity of evidence to be used at trial; responding to any potential questions regarding the corruption of data; establishing the chain of custody of data; refuting any potential claims of fabrication, tampering, or destruction with/of data; and addressing potential exculpatory evidence claims where, for example, a defendant claims that the government avoided its obligations by destroying data or returning it to a third party.

    f) With respect to the seizure of electronic storage media or the seizure or imaging of electronically stored information, the search warrant return to the Court will describe the physical storage media that were seized or imaged.

## VII.  Conclusion

23.    Based upon the information above, I have probable cause to believe that on the computer systems owned, maintained, and/or operated by Shutterfly, there exists evidence, fruits, and instrumentalities of violations of Title, 18 United States Code, Sections 2252(a) and 2252A(a)(2).  By this affidavit and application, I request that the Court issue a search warrant directed to Shutterfly allowing agents to seize the e-mail and other information stored on the Shutterfly servers as described in Attachments A and B.

_____
Special Agent Anthony Van Truong
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

Subscribed and sworn
Before me this 13th of April 2015

_____
United States Magistrate Judge Jennifer Thurston

Approved as to form:

_____
Michael G. Tierney
Assistant United State Attorney

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Shutterfly account User Name, Email Address, and URLs that are stored at premises controlled by Shutterfly Inc. a company that accepts service of legal process at address 2800 Bridge Parkway Redwood City, CA 94065 and or email address cfalla@shutterfly.com:

**john_doe_yes**
**Walters.Dylan4@gmail.com**
**URLs: pthcworld4ever, pthc4ever, bestpthcever, and boyskids**

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Shutterfly Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, text messages, voice messages, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A, information pertaining to the following matters from the date November 1, 2012, forward:

    a. The entire and complete contents of the websites ' pages located on the server(s) and related networks owned by Shutterfly;

    b. The entire and complete contents of the pages of the members of the websites located on the server(s) and related networks owned by Shutterfly;

    c. Any and all image, video, or other files uploaded to the websites by the creators, administrators, or members, as well as any and all comments made by the creator, administrators, or members;

    d. The names, addresses, telephone numbers, e-mail accounts, and/or other subscriber numbers or identities that the administrators and/or creators of the websites utilized;

    e. The names, addresses, telephone numbers, e-mail accounts, and/or other subscriber numbers or identities that the members of the websites utilized;

    f. Any and all records and/or logs in regards to any private messages sent between the websites ' creators, administrators and/or members, including contents of the messages, dates and times the messages were sent, and to which members and/or administrators the messages were sent;

    g. Records of creators, administrators and/or members of the websites session times and durations (access logs, posting logs, registration logs, upload logs) including connection dates and times, disconnection dates and times, method of connection (telenet, ftp, http, smtp), address of the source connection, username and e-mail address associated

with the connection, other connection information, such as Internet Protocol ("IP"), and data transfer volume;

 h. Length of service provided to the websites ' creators, administrators and/or members, including the start and termination date of any contractual agreements on how the account originated, types of service utilized, billing information, to include means and source of payment for services and bank account numbers;

 i. Any and all e-mail messages and addresses associated with the websites ' creators, administrators and/or members, including any correspondence between Shutterfly and the websites ' creators, administrators and/or members, including any records of customer service complaints made to Shutterfly by the websites ' creators, administrators and/or members;

 j. Any and all IP addresses associated with the websites ' creators, administrators and/or members, including corresponding dates and times of connection, disconnection, file uploading or any other activity associated with the IP addresses;

 k. Any files and/or lists of members, friends, or "buddy lists" who have joined the websites;

 l. Any and all file transfer protocol (FTP) logs related to the websites;

 m. Any records of all dates, times, and activities associated with group members accessing the groups' homepages not otherwise itemized in sections a-l.

.

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**Information under the control of Shutterfly Inc relating to:**<br>**john_doe_yes; Dylan.Walters4@gmail.com; and URLs**<br>**pthcworld4ever, pthc4ever, bestpthcever, and boyskids** | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:15-sw-00026-JLT |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    **Eastern**    District of    **California**
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A".

    The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B".

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

    **YOU ARE COMMANDED** to execute this warrant on or before    **4/27/15**
                                                                                                          *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.
    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   **Jennifer L. Thurston**                               .
                  *(name)*

    ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for        days *(not to exceed 30)*.
                                        ☐ until, the facts justifying, the later specific date of                   .

Date and time issued:   **4/13/15, 1:18 pm**           *Jennifer L. Thurston*
                                                                                          *Judge's signature*

City and state:   **Bakersfield, CA**                       **Jennifer L. Thurston, U.S. Magistrate Judge**
                                                                                   *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>5:15-sw-00026-JLT | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                                          _____
*Executing officer's signature*

                                                Anthony Truong, Special Agent
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Shutterfly account User Name, Email Address, and URLs that are stored at premises controlled by Shutterfly Inc. a company that accepts service of legal process at address 2800 Bridge Parkway Redwood City, CA 94065 and or email address cfalla@shutterfly.com:

**john_doe_yes**
**Walters.Dylan4@gmail.com**
**URLs: pthcworld4ever, pthc4ever, bestpthcever, and boyskids**

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Shutterfly Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, text messages, voice messages, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A, information pertaining to the following matters from the date November 1, 2012, forward:

a. The entire and complete contents of the websites' pages located on the server(s) and related networks owned by Shutterfly;

b. The entire and complete contents of the pages of the members of the websites located on the server(s) and related networks owned by Shutterfly;

c. Any and all image, video, or other files uploaded to the websites by the creators, administrators, or members, as well as any and all comments made by the creator, administrators, or members;

d. The names, addresses, telephone numbers, e-mail accounts, and/or other subscriber numbers or identities that the administrators and/or creators of the websites utilized;

e. The names, addresses, telephone numbers, e-mail accounts, and/or other subscriber numbers or identities that the members of the websites utilized;

f. Any and all records and/or logs in regards to any private messages sent between the websites' creators, administrators and/or members, including contents of the messages, dates and times the messages were sent, and to which members and/or administrators the messages were sent;

g. Records of creators, administrators and/or members of the websites session times and durations (access logs, posting logs, registration logs, upload logs) including connection dates and times, disconnection dates and times, method of connection (telenet, ftp, http, smtp), address of the source connection, username and e-mail address associated

with the connection, other connection information, such as Internet Protocol ("IP"), and data transfer volume;

      h. Length of service provided to the websites' creators, administrators and/or members, including the start and termination date of any contractual agreements on how the account originated, types of service utilized, billing information, to include means and source of payment for services and bank account numbers;

      i. Any and all e-mail messages and addresses associated with the websites' creators, administrators and/or members, including any correspondence between Shutterfly and the websites' creators, administrators and/or members, including any records of customer service complaints made to Shutterfly by the websites' creators, administrators and/or members;

      j. Any and all IP addresses associated with the websites' creators, administrators and/or members, including corresponding dates and times of connection, disconnection, file uploading or any other activity associated with the IP addresses;

      k. Any files and/or lists of members, friends, or "buddy lists" who have joined the websites;

      l. Any and all file transfer protocol (FTP) logs related to the websites;

      m. Any records of all dates, times, and activities associated with group members accessing the groups' homepages not otherwise itemized in sections a-l.