AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>5:15-sw-00026-JLT | Date and time warrant executed:<br>04/13/2015 2:20 pm | Copy of warrant and inventory left with:<br>Charlotte Falla - Shutterfly |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Served via electronic mail. Item received on 04/23/2015 via electronic mail include 1 PDF response letter from Shutterfly Inc (Julia Orr, Senior Paralegal).

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/29/2015

*Executing officer's signature*

Anthony Truong, Special Agent
*Printed name and title*